No. 4:25-cv-00618

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS

---

### In re THE CONTAINER STORE GROUP, INC., et al.,
### Debtors.

---

### KEVIN M. EPSTEIN, UNITED STATES TRUSTEE,
### Appellant,

### v.

### THE CONTAINER STORE GROUP, INC., et al.,
### Appellees.

---

### ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS

---

### APPELLANT'S STATEMENT OF THE ISSUES ON APPEAL

---

Pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B), Kevin M. Epstein, United States Trustee for Region 7, by and through undersigned counsel, hereby submits his statement of the issues presented on appeal from the district court's order entered at docket number 34, *see* Notice of Appeal (Dkt. No. 35), affirming in part and reversing in part two orders of the bankruptcy court entered in *In re The Container Store Group., Inc.*, No. 24-90627 (Bankr. S.D. Tex.), at

1

docket number 81 (the "Solicitation Order"[1]) and docket number 181 (the

"Confirmation Order"[2]).

**Issues on Appeal**

The issues presented by this appeal are:

1. Did the bankruptcy court err by entering the Confirmation Order because it released claims against non-debtor third parties belonging to other non-debtors without their affirmative consent.

2. Did the bankruptcy court err by entering an injunction in the Confirmation Order barring anyone from commencing or continuing any proceeding on a released claim.

3. Is the Confirmation Order's approval of a chapter 11 plan with these third-party release and injunction provisions impermissible under *Harrington v. Purdue Pharma L.P.*, 603 U.S. 204, 209, 227 (2024)—

---

[1] The full title of this Order is *Order (I) Scheduling Combined Hearing To Consider (A) Final Approval of Disclosure Statement, (B) Approval of Solicitation Procedures and Form Of Ballot, and (C) Confirmation of Plan; (II) Establishing an Objection Deadline To Object To Disclosure Statement and Plan; (III) Approving The Form and Manner of Notice of Combined Hearing, Objection Deadline, and Notice of Commencement; (IV) Approving Notice and Objection Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (V) Conditionally Waiving Requirement of Filing Schedules of Assets and Liabilities, Statements of Financial Affairs, and 2015.3 Reports; (VI) Conditionally Waiving Requirement To Convene the Section 341 Meeting of Creditors; (VII) Conditionally Approving the Disclosure Statement; and (VIII) Granting Related Relief.*

[2] The full title of this Order is *Order (I) Approving Debtors' Disclosure Statement And (II) Confirming First Amended Prepackaged Joint Plan of Reorganization of The Container Store Group, Inc. and Its Debtor Affiliates Under Chapter 11 of The Bankruptcy Code.*

which held bankruptcy courts cannot confirm a chapter 11 plan that imposes nonconsensual releases of, or injunctions barring, claims between non-debtors—because the failure to opt out does not make them consensual.

4. Did the bankruptcy court err in approving the Solicitation Order that, among other things, approved the dissemination of materials relating to the impermissible plan provisions, including the ballots, non-voting notices, and opt-out forms.

Date: April 24, 2026

Respectfully submitted,

KEVIN M. EPSTEIN
United States Trustee for Region 7

By:  *Beth A. Levene*
    BETH A. LEVENE
    Associate General Counsel

LISA A. TRACY
Deputy General Counsel
BETH A. LEVENE
Associate General Counsel
Department of Justice
Executive Office for United States
    Trustees
441 G Street, N.W., Suite 6150
Washington, DC  20530
(202) 307-1399
E-mail: Beth.A.Levene@usdoj.gov

KEVIN M. EPSTEIN
United States Trustee for Region 7
MILLIE APONTE SALL
Assistant United States Trustee
HA NGUYEN
Trial Attorney
Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
202-590-7962
E-mail: Ha.Nguyen@usdoj.gov