# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: THE CONTAINER STORE GROUP, INC., et al., <br><br>   *Debtors.* <br><br>—————————————— <br><br> KEVIN M. EPSTEIN, UNITED STATES TRUSTEE FOR REGION 7, <br><br>   *Appellant*, <br><br>     v. <br><br> THE CONTAINER STORE GROUP, INC., et al., <br><br>   *Appellees*. | Civil Action No. 4:25-cv-00618 <br><br> Appeal from the United States Bankruptcy Court for the Southern District of Texas (Hon. Alfredo R. Pérez) <br><br> Bankruptcy Case No. 24-90627 |

## DEBTORS-APPELLEES' STATEMENT OF ISSUES ON CROSS-APPEAL

Pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B), Debtors-Appellees The Container Store Group, Inc., et al., by and through undersigned counsel, hereby submit their statement of issues presented on cross-appeal from this Court's memorandum and opinion entered on February 12, 2026 (ECF No. 34). *See* Notice of Cross-Appeal (ECF No. 37).

The issues presented by this cross-appeal are:

1.   Whether the District Court erred in holding that Appellee Kevin M. Epstein, United States Trustee for Region 7 (the "U.S. Trustee")—who has no interest in the Debtors-Appellees' chapter 11 plan of

reorganization (the "Plan") and no stake in the outcome of this case—had standing to pursue this appeal.

2. Whether the District Court erred in holding that this appeal is not equitably moot, when (among other things) the Plan was consummated in January 2025 and before the U.S. Trustee sought a stay.

3. Whether the District Court erred in *sua sponte* reversing the Bankruptcy Court's approval of third-party releases and related injunctive relief in the Plan as applied to Classes 5 and 8.

4. Whether the District Court erred in ordering the scope of the gatekeeping provision in the Plan to be narrowed.

Dated: May 4, 2026

Respectfully submitted,

 /s/ *Timothy A. ("Tad") Davidson II*

George A. Davis
  (New York Bar No. 2401214)
Hugh Murtagh
  (New York Bar No. 5002498)
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Tel.:    (212) 906-1200
Email:  george.davis@lw.com
            hugh.murtagh@lw.com

Timothy A. ("Tad") Davidson II
  (Texas Bar No. 24012503)
Ashley L. Harper
  (Texas Bar No. 24065272)
Philip M. Guffy
  (Texas Bar No. 24113705)
HUNTON ANDREWS KURTH LLP
600 Travis Street, Suite 4200
Houston, TX 77002
Tel.:    (713) 220-4200
Email:  taddavidson@hunton.com
            ashleyharper@hunton.com
            pguffy@hunton.com

2

Ted A. Dillman
   (California Bar No. 258499)
LATHAM & WATKINS LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Tel.:     (213) 485-1234
Email:  ted.dillman@lw.com

Gregory G. Garre (*pro hac vice*)
   (D.C. Bar No. 440779)
Eric J. Konopka
   (D.C. Bar No. 1618343)
Blake E. Stafford (*pro hac vice*)
   (D.C. Bar No. 888324775)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel.:     (202) 637-2200
Email:  gregory.garre@lw.com
             eric.konopka@lw.com
             blake.stafford@lw.com

*Counsel for Debtors-Appellees The Container Store Group, Inc., et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Texas by using the CM/ECF system.  I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

 /s/ *Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II